IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. JOSEPH WELLS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-15-809-C |
| | ) | |
| 1. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | ) ) ) | *Honorable Robin J. Cauthron* |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(ii), Plaintiff, Joseph Wells, and Defendant, State Farm Mutual Automobile Insurance Company, jointly stipulate to the dismissal of this action with prejudice to future filing. Each party will bear their own costs and attorney's fees.

WHEREFORE, upon consideration, the parties hereto stipulate that this case filed on behalf of Plaintiff against named Defendant be dismissed with prejudice.

Respectfully submitted,

s/Joe Carson
Joe Carson, OBA #12131
**WARHAWK LEGAL**
1000 West Wilshire Blvd., Suite 230
Oklahoma City, OK 73116
Telephone: (405) 397-1717
Facsimile: (405) 241-5222
dhull.lewislaw@gmail.com
**ATTORNEY FOR PLAINTIFF**

s/Joseph T. Acquaviva, Jr.
Joseph T. Acquaviva, Jr., OBA #11743
Elizabeth A. Snowden, OBA #22721
**WILSON, CAIN & ACQUAVIVA**
300 Northwest 13th Street, Suite 100
Oklahoma City, OK 73103
Telephone: (405) 236-2600
Facsimile: (405) 231-0062
JTAcqua@aol.com
beths@wcalaw.com
**ATTORNEYS FOR DEFENDANT**